Linda Ziskin
ziskinlaw@comcast.net
PO Box 2237
Lake Oswego, OR 97035
(503) 889-0472

Drew L. Johnson, P.C.
rwood@callatg.com
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

FILED '09 SEP 10 08:17 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MARCUS A. LEITHEISER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

Civil No. 6:08-CV-6138-HO

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $6994.00 for full settlement of all claims for fees under EAJA.

IT IS SO ORDERED this day of September __9__, 2009

                                    /s/ Michael C. Hogan
                                    U.S. District Judge

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

PRESENTED BY:

By: /s/ DREW L. JOHNSON
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

2 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA